# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| **Tammy McCartney,** | ) | No.   07-CV-01391-PHX-ROS |
| Plaintiff, | ) | |
| v. | ) | |
| **Countrywide Home Loans, Inc.,** and **Experian Information Solutions, Inc.,** | ) | ORDER |
| Defendants. | ) | |

Plaintiff and Defendants Experian Information Solutions, Inc. and Countrywide Home Loans, Inc., having stipulated to dismissal of this action with prejudice, and good cause appearing,

**IT IS HEREBY ORDERED** dismissing this action, with prejudice, each party to bear its own attorney's fees and costs.

DATED this 28th day of August, 2008.

_____
Roslyn O. Silver
United States District Judge